IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LUIS ENRIQUE RIVERA, TDCJ-CID No. 1740191,  Plaintiff,  v.  MR. DADA, *et al.*,  Defendants. | 2:22-CV-136-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. (ECF No. 10). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

May 24, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE